# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES BOTOS, et al., ) | CASE NO. 1:09 CV 1672 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS LOCAL ) | |
| UNION NO. 129, et al., ) | |
| ) | |
| Defendant. ) | **MEMORANDUM OPINION** |

This matter is before the Court the Motions to Dismiss (Docket #s 27 and 28) filed by Defendants in the above captioned matter. On March 31, 2010, Plaintiffs filed a Notice of Withdrawal of their Federal claims in this case, leaving only State law claims at issue. (Docket #26.) Accordingly, Defendants ask the Court, pursuant to 28 U.S.C. § 1367(c), to dismiss this action, without prejudice. On April 13, 2010, Plaintiffs filed their Motion in Opposition to Dismiss and/or Motion to Transfer this case to the Lorain County Court of Common Pleas, which has jurisdiction over the remaining claims.

## Conclusion

Plaintiffs withdrew their Federal claims and the Court declines to exercise supplemental or pendent jurisdiction over the remaining State claims. Defendants' Motions to Dismiss (Docket #27 and 28) are hereby GRANTED. Plaintiffs' State law claims are DISMISSED WITHOUT PREJUDICE. This case is TERMINATED.

All other pending motions are hereby TERMINATED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: April 15, 2010